JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURI GUERRERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation ; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 2:25-CV-08659 RGK-MAA<br><br>[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO STATE COURT<br><br>District Judge: (R. Gary Klausner)<br><br>[10] |

Per the stipulation of the parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED

Dated: 10/17/2025

*/s/ Gary Klausner*

United States District Court Judge
Central District of California

cc: LASC, 25STCV22339

1

ORDER ON STIPULATION TO REMAND CASE TO STATE COURT